**GREGORY JAMES OWEN, ESQ., CSB #102845**
**SUSAN A. OWEN, ESQ., CSB #143805**
**TAMIKO B. HERRON, ESQ., CSB #155923**
**OWEN, PATTERSON & OWEN**
Email: susy@owenpatterson.com
23822 West Valencia Boulevard, Suite 201
Valencia, CA  91355
(661) 799-3899
(661) 799-2774/FAX

JS - 6

Attorneys for Plaintiff, IRMA HERRERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA HERRERA, individually and as Successor-in-Interest to Decedent, OMAR GARCIA; JAZMIN ORTEGA; and MICHELLE CELESTE GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WEST COVINA; WEST COVINA POLICE DEPARTMENT; OFFICER STEPHEN DELGADILLO; OFFICER ENRIQUE MACIAS; and DOES 1 to 50, inclusive, | **CASE NO. CV10-1228 MMM (FFMx)**<br><br>**(LASC Case No. KC057577)**<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR REMAND TO STATE COURT<br><br><br><br>**[Honorable District Court Judge Margaret M. Morrow]** |

The Court, having reviewed the stipulation by the parties and further having reviewed the basis therefore it is hereby ORDERED that this action is remanded to the Los Angeles Superior Court, East District, for adjudication.

Dated: April 6, 2010          By: _/s/ Margaret M. Morrow_
                              Hon. District Court Judge Margaret M. Morrow